UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>     Plaintiff,<br><br> v.<br><br>A PLACE FOR MOM, *et al.*,<br><br>     Defendants. | Case No. C23-1362 JLR<br><br>ORDER |

Having reviewed Plaintiff Cortez Daundre Jones' application to proceed *in forma pauperis* (dkt. # 1), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge,[1] and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's IFP application (dkt. # 1) is DENIED. Plaintiff is directed to pay the applicable filing fee within **thirty (30) days** of the date this Order is signed. If Plaintiff fails to pay the fee, the Clerk is directed to close the file.

---

[1] Plaintiffs are not entitled to submit written objections to a Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).

ORDER - 1

1       (3)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 28th day of September, 2023.

                                                                                    *James L. Robart*
James L. Robart
United States District Judge

ORDER - 2