UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>      Plaintiff,<br> v.<br><br>A PLACE FOR MOM, et al.,<br><br>      Defendants. | CASE NO. C23-1362JLR<br><br>ORDER |

On September 28, 2023, the court adopted Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommended that the court deny *pro se* Plaintiff Cortez Daundre Jones's motion to proceed *in forma pauperis* ("IFP"). (*See* 9/28/23 Order (Dkt. # 5); *see also* R&R (Dkt. # 4).) The court ordered Mr. Jones to pay the filing fee within 30 days of September 28, 2023, and warned him that this case would be dismissed if he failed to do so. (*See* 9/28/23 Order at 1.)

//

//

ORDER - 1

1  That deadline has now passed, and Mr. Jones has not paid the filing fee.  (*See*

2  *generally* Dkt.)  Accordingly, the court DISMISSES this action without prejudice.

3  Dated this 6th day of November, 2023.

 

JAMES L. ROBART
United States District Judge

ORDER - 2